AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DIRECTV, Inc.

V.

Rafiq Walimohamed

04 SUMMONS IN A CIVIL ACTION
04 10206 RCL

CASE NUMBER:

TO: (Name and address of Defendant)

Rafiq Walimohamed
1 Kimball Ct.
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

1/29/04
DATE

(By) DEPUTY CLERK

04 10206 RCL

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

March 15, 2004

I hereby certify and return that on 3/10/2004 at 12:10PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET & CASE COVER SHEET & CORPORATE DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of RAFIQ WALIMOHAMED, , 1 KIMBALL Court WOBURN, MA 01801 and by mailing 1st class to the above address on 3/10/2004. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($0.10), Travel ($0.32) Total Charges $25.42

*Albert Trapasso*

Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.