UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**DIRECTV, INC.,**

**V.**                                               **CIVIL ACTION NO. 04-10206-RCL**

**RAFIQ WALIMOHAMED**


### NOTICE OF DEFAULT

For failure of the defendant, **Rafiq Walimohamed** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 7th day of June, 2004.


                                        TONY ANASTAS, CLERK

                                        By:/s/ Lisa M. Hourihan
June 7, 2004                                 Deputy Clerk